## 31918. EVANS v. MARBUT et al.

PER CURIAM.

We granted certiorari in this case to consider whether equitable estoppel or laches is applicable to a claim of common law marriage.

After consideration, we find that they are not and hence that certiorari was improvidently granted.

*Writ of certiorari dismissed as improvidently granted. Nichols, C. J., Undercofler, P. J., Jordan, Ingram and Hill, JJ., concur. Hall, J., dissents.*

ARGUED MARCH 14, 1977 — DECIDED APRIL 5, 1977.

*Boney & Boney, F. H. Boney, William U. Hyden, Jr.,* for appellant.

*Joseph E. Loggins,* for appellees.